UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PEGGY R. KNEPPER,

               Plaintiff,

-vs-                                          Case No.  5:05-cv-157-Oc-10GRJ

JOANNE B. BARNHART, Commissioner of
Social Security,

               Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 5) recommending that the Plaintiff's Complaint against the Commissioner be dismissed without prejudice for failure to prosecute her case and failure to comply with an Order of the Court. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's Complaint against the Commissioner is DISMISSED without prejudice; and

(3) the Clerk is directed to enter judgment accordingly and to terminate any pending motions and close the file on this matter.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of December, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record